IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STEVEN M. JACOB, | ) | 4:10CV3073 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ROBERT HOUSTON, | ) | |
| | ) | |
| Respondent. | ) | |

    This matter is before the court on its own motion. On June 7, 2011, Respondent moved for an enlargement of time to file his initial brief in this matter. (Filing No. 96.) The court granted Respondent's Motion and directed Respondent to file his initial brief by June 27, 2011. (Filing No. 97.) Respondent has not filed his initial brief. (*See* Docket Sheet.)

    The court previously warned Respondent "that the failure to file an answer, a designation and a brief in a timely fashion may result in the imposition of sanctions, including the release of the petitioner." (Filing No. 6 at CM/ECF p. 5.) Respondent shall have until November 21, 2011, to file his initial brief. If Respondent fails to comply with this Memorandum and Order, the court may impose sanctions.

    IT IS THEREFORE ORDERED that:

    1.    Respondent shall have until November 21, 2011, to file his initial brief. If Respondent fails to comply with this Memorandum and Order, the court may impose sanctions.

    2.    The Clerk of the court is directed to set a pro se case management deadline in this matter with the following text: November 21, 2011: Deadline for Respondent to file initial brief.

    DATED this 26th day of October, 2011.

                                                                    BY THE COURT:

                                                                      s/ Joseph F. Bataillon
                                                                      Chief United States District Judge

---

    *This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.