IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STEVEN M. JACOB, | ) | 4:10CV3073 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ROBERT HOUSTON, | ) | |
| | ) | |
| Respondent. | ) | |

In order to progress this case to its final resolution, IT IS THEREFORE ORDERED that:

1. Respondent is ordered to advise the court of the Nebraska Supreme Court's entry of judgment in Jacob's pending state court case, #S-11-439, within seven days of the court's entry of judgment.

2. The court directs the clerk's office to set pro se case management deadlines for September 1, October 1, November 1, and December 1, 2012, stating the following: Check on status of Petitioner's pending state court case.

3. Upon careful consideration, Petitioner's Motion for Additional Documents (Filing No. 105) is denied without prejudice to reassertion. If the court determines additional state court records are necessary to resolve the case, it will direct Respondent to file them.

DATED this 31st day of July, 2012.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.