IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STEVEN M. JACOB, | ) | 4:10CV3073 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ROBERT HOUSTON, | ) | |
| | ) | |
| Respondent. | ) | |

    This matter is before the court on its own motion. On July 31, 2012, the court ordered Respondent to advise the court of the Nebraska Supreme Court's entry of judgment in Petitioner's pending state-court case, #S-11-439, within seven days of the court's entry of judgment. (Filing No. 118.) Respondent's last status report, dated May 1, 2013, reflected that the Nebraska Supreme Court had not yet entered judgment. (Filing No. 120.) Because this case remains pending, it is necessary for the parties to update the court as to the status of the state-court proceedings.

    IT IS THEREFORE ORDERED that:

    1.    Petitioner and Respondent are directed to file a status report in this matter within 14 days of the date of this Memorandum and Order. The status report must advise the court of the status of Petitioner's pursuit of state-court remedies.

    2.    The clerk's office is directed to set a pro se case management deadline in this case using the following text: September 16, 2013, deadline for Petitioner and Respondent to file status reports regarding state-court action. In addition, the clerk's

office is directed to set a pro se case management deadline in this case using the following text: November 1, 2013: Check on status of Petitioner's pending state-court case if matter still pending in state court.

DATED this 15th day of August, 2013.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge

---

\*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.