IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STEVEN M. JACOB, | ) | 4:10CV3073 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ROBERT HOUSTON, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on Petitioner's Motion requesting that (1) he be granted leave to file an amended petition for writ of habeas corpus now that he has exhausted all of his claims in the Nebraska state courts, and (2) Respondent be ordered to specify where in the state court records "the Transcription of the September 1989 preliminary hearing or Exhibit #23 from the 1990 hearsay admissibility hearing" is located. (Filing No. 128.) Upon careful consideration,

IT IS ORDERED that:

1. Petitioner's Motion (Filing No. 128) is granted.

2. Petitioner is granted 60 days from the date of this Memorandum and Order to file an amended petition for writ of habeas corpus that clearly presents all of his claims for relief. Following the filing of the amended petition, the court will enter an order progressing this matter to disposition.

3. Respondent is granted 14 days from the date of this Memorandum and Order to specify where in the state court records "the Transcription of the September 1989 preliminary hearing or Exhibit #23 from the 1990 hearsay admissibility hearing" is located.

4.  The clerk's office is directed to set the following case management deadline: June 16, 2014: Amended petition due.

DATED this 21st day of April, 2014.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.