IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STEVEN M. JACOB, | ) | 4:10CV3073 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| SCOTT FRAKES, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on reconsideration of Petitioner Steven Jacob's request for the appointment of counsel (*see* Filing No. 1 at CM/ECF p. 141). Upon careful consideration, the court finds the appointment of counsel is appropriate in this case.

IT IS THEREFORE ORDERED that:

1. Sean Conway is appointed to represent Jacob in accordance with 18 U.S.C. § 3006A(a)(2)(B).

2. Sean Conway is directed to promptly enter his appearance as counsel in this case.

3. No later than August 7, 2015, counsel for Respondent and Sean Conway shall confer and file a joint motion suggesting a suitable progression of this case. The court will enter an order progressing this case to disposition following the filing of the joint motion.

4. The Federal Public Defender is directed to provide Sean Conway with a CJA voucher in his capacity as administrator of the Criminal Justice Act panel.

5. The clerk of the court is directed to send a copy of this order to Sean Conway, Federal Public Defender, and all other parties who receive notice of filings in this case.

DATED this 8th day of July, 2015.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.