IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| STEVEN M. JACOB, | |
|---|---|
| Petitioner, | 4:10CV3073 |
| vs. | |
| SCOTT FRAKES, | ORDER |
| Respondent. | |

This matter is before the Court on petitioner's motion to fire his attorney, Filing No. 181, ¶ 2, p.1, and on counsel Sean M. Conway's motion to withdraw as attorney in this case, Filing No. 180. Petitioner indicates he wishes to proceed pro se. The Court has reviewed the motions and finds both should be granted.

THEREFORE, IT IS ORDERED THAT:

1. Petitioner's motion to proceed pro se, Filing No. 181, is granted.

2. Counsel Sean M. Conway's motion to withdraw as attorney in this case, Filing No. 180, is likewise granted. Mr. Conway shall immediately serve petitioner with certified notice that he has withdrawn and is no longer representing petitioner in this case and file a notice of such service with the court.

Dated this 10th day of December, 2015

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge