IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STEVEN M. JACOB, | ) | |
| | ) | |
| Petitioner, | ) | 4:10CV3073 |
| | ) | |
| v. | ) | |
| | ) | |
| SCOTT FRAKES, | ) | ORDER |
| | ) | |
| Respondent. | ) | |

This matter is before the Court on respondent's motion for enlargement of time (Filing No. 204) to file a response to petition's response to the court's order (Filing No. 202). The Court notes respondent's response has since been filed. Accordingly,

IT IS ORDERED that respondent's motion is denied as moot.

DATED this 30th day of March, 2016.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court