IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STEVEN M. JACOB, | ) | |
| | ) | |
| Petitioner, | ) | 4:10CV3073 |
| | ) | |
| v. | ) | |
| | ) | |
| SCOTT FRAKES, | ) | ORDER |
| | ) | |
| Respondent. | ) | |

This matter is before the Court on petitioner's motion for extension of time to file showing of cause (Filing No. 207). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that petitioner's motion is granted; petition shall have until April 18, 2016 to file a showing of cause.

DATED this 12th day of April, 2016.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court