IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
STEVEN M. JACOB,              )
                              )
           Petitioner,        )          4:10CV3073
                              )
      v.                      )
                              )
SCOTT FRAKES,                 )          ORDER
                              )
           Respondent.        )
_____)
```

This matter is before the Court on respondent's motion for enlargement of time (Filing No. 212). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that respondent's motion is granted; respondent shall have until December 28, 2016, to file additional court records.

DATED this 15th day of December, 2016.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court