IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

STEVEN M. JACOB,                )
                               )
                Petitioner,    )          4:10CV3073
                               )
          v.                   )
                               )
SCOTT FRAKES,                  )                ORDER
                               )
                Respondent.    )
_____)


        This matter is before the Court on petitioner's motion
for enlargement of time (Filing No. 215).  The Court finds the
motion should be granted.  Accordingly,

        IT IS ORDERED that petitioner's motion is granted;
petitioner shall have until January 30, 2017, to comply with the
Court's order (Filing No. 211)to file additional material.

        DATED this 29th day of December, 2016.

                        BY THE COURT:

                        /s/ Lyle E. Strom
                        _____
                        LYLE E. STROM, Senior Judge
                        United States District Court