IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

STEVEN M. JACOB,                    )
                                    )
            Petitioner,             )        4:10CV3073
                                    )
        v.                          )
                                    )          FINAL
SCOTT FRAKES,                       )    PROGRESSION ORDER
                                    )
            Respondent.             )
_____)


        This matter is before the Court on its own motion.  On
April 23, 2010, Steven M. Jacob ("petitioner") filed his habeas
petition under 28 U.S.C. § 2254 (Filing No. 1).  Through
extensive motion practice, the parties have sought to have this
case ready for disposition.  *See* Filing No. 211 at 1-4 (the
Court's Memorandum and Order detailing the extensive procedural
history of this case).  In accordance with the Court's order,
Scott Frakes ("respondent") has supplemented the federal record
with the required state court records.  *See* Filing Nos. 211, 216.
In addition, petitioner complied with the Court's order supplying
additional material to the federal record on January 30, 2017
(Filing No. 219).  With the federal record complete in accordance
with Judge Zwart's December 29, 2015, order, a final progression
order (Filing No. 194) will be entered.  Accordingly,

IT IS ORDERED:

1) Petitioner may file a supplemental brief to petitioner's reply brief (Filing No. 163) by March 24, 2017. Any brief filed after this date will not be considered by the Court.

2) If petitioner files a supplemental brief to petitioner's reply brief (Filing No. 163), respondent shall file a brief in response no later than April 24, 2017. Any brief filed after this date will not be considered by the Court.

3) No continuances or enlargement of time will be granted.

4) On April 24, 2017, this case will be deemed submitted to the Court for disposition regardless of the parties' compliance with the above briefing schedule.

DATED this 27th day of February, 2017.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court