IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STEVEN M. JACOB, | ) | |
| | ) | |
| Petitioner, | ) | 4:10CV3073 |
| | ) | |
| v. | ) | |
| | ) | |
| SCOTT FRAKES, | ) | ORDER AND JUDGMENT |
| | ) | |
| Respondent. | ) | |

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED:

1) Jacob's objection to the Court's March 13, 2017, Order (Filing No. 225) is overruled. Jacob's request for an evidentiary hearing with regard to this issue (*Id*.) is denied.

2) Jacob's motion to certify questions to the Nebraska Supreme Court (Filing No. 224) is denied in its entirety.

3) Jacbob's request for an evidentiary hearing to prove the factual allegations of his petition is denied.

4) Jacob's amended petition for a writ of habeas corpus (Filing No. 136) is denied in its entirety.

5) A certificate of appealability will not issue.

DATED this 2nd day of June, 2017.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court