IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STEVEN M. JACOB, | ) | |
| | ) | |
| Petitioner, | ) | 4:10CV3073 |
| | ) | |
| v. | ) | |
| | ) | |
| SCOTT FRAKES, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Respondent. | ) | |

This matter is before the Court on the motion of Steven M. Jacob ("petitioner") to alter or amend the judgment of the Court pursuant to Fed. R. Civ. P. 59(e) (Filing No. 230).[1] "Rule 59(e) motions serve the limited function of correcting manifest errors of law or fact or to present newly discovered evidence." *Holder v. U.S.*, 721 F.3d 979, 986 (8th Cir. 2013)(internal citation and quotation marks omitted). In addition, a court may provide relief to party from a final judgment for "any reason that justifies relief." Fed. R. Civ. P. 60(b)(6).

The Court has carefully reviewed the petitioner's arguments and relevant law. The Court finds no reason to grant petitioner's motion under either Rule 59(e) or Rule 60(b)(6) of the Federal Rules of Civil Procedure. Thus, petitioner's motion

---

[1] The Court will consider petitioner's motion under both Rule 59(e) and Rule 60(b)(6) of the Federal Rules of Civil Procedure.

will be denied. The Court's June 2, 2017, Order and Judgment (Filing No. 229) remains in effect. Accordingly,

IT IS ORDERED that petitioner's motion to alter or amend its judgment (Filing No. 230) is denied.

DATED this 19th day of July, 2017.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court