IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STEVEN M. JACOB | ) | Case No.   4:10CV3073 |
| Petitioner, | ) | **ORDER TO DESTROY** |
| vs. | ) | |
| SCOTT FRAKES | ) | |
| Respondent, | ) | |
| NEBRASKA ATTORNEY GENERAL | ) | |
| Interested Party. | ) | |

Counsel for the interested party notified the court on July 21, 2017 that he wishes the following exhibits held by the court in this matter be destroyed.

Interested Party's Exhibit 101 from hearing held 2/19/2015

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above-listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

DATED:   July 21, 2017

BY THE COURT

s/ **Lyle E. Strom**
Senior United States District Judge