IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEVEN M. JACOB,<br><br>      Petitioner,<br><br>vs.<br><br>SCOTT FRAKES,<br><br>      Respondent,<br><br>NEBRASKA ATTORNEY GENERAL,<br><br>      Interested Party. | 4:10CV3073<br><br>ORDER TO WITHDRAW EXHIBITS OR TO SHOW CAUSE WHY EXHIBITS SHOULD NOT BE DESTROYED |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for the interested party, Nebraska Attorney General, shall either 1) withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

Interested Party's Exhibit number 101 from hearing held February 19, 2015

If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

Dated this 11th day of June, 2018.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge